Paloma P. Peracchio CA Bar No. 259034
paloma.peracchio@ogletree.com
CARMEN M. AGUADO, CA Bar No. 291941
carmen.aguado@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Mitchell A. Wrosch CA Bar No. 262230
mitchell.wrosch@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendant
Sam's West, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CARLOS SANCHEZ, individually and on behalf of other individuals similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SAM'S WEST, INC. dba SAM'S CLUB, an Arkansas corporation,<br><br>    Defendant. | Case No. 2:21-cv-05122-SVW-JC<br><br>**DEFENDANT SAM'S WEST, INC.'S CLUB'S SUMMARY OF EVIDENCE IN OPPOSITION TO PLAINTIFF CARLOS SANCHEZ'S RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>[*Concurrently filed with Opposition to Renewed Motion for Class Certification; Evidentiary Objections; and Appendix of Evidence*]<br><br><br><br>Complaint Filed: June 23, 2021<br>Trial Date:　　　None Set<br>District Judge:　　Hon. Stephen V. Wilson<br>Magistrate Judge:Hon. Jacqueline Chooljian |

Case No. 2:21-cv-05122-SVW-JC
SUMMARY OF EVIDENCE IN OPPOSITION TO PLAINTIFF'S RENEWED
MOTION FOR CLASS CERTIFICATION

Defendant Sam's West Inc. provides the following summary of evidence, as presented in the Appendix of Evidence, all in support of Defendant's Opposition to Plaintiff Carlos Sanchez's ("Plaintiff") Renewed Motion for Class Certification:

| NO. | SUMMARY OF EVIDENCE | EVIDENCE |
|---|---|---|
| 1. | As outlined in Sam's Club's Associate Pay Policy - California, Sam's Club's policy is to pay associates for all time worked, and all time that they are under the control of Sam's Club, and to pay for all time recorded by hourly associates, whether through time punches or time adjustments. This has been Sam's Club's policy since at least June 23, 2017. | **Declaration of Robert Francis, ¶ 4, Ex. A.** |
| 2. | Sam's Club's Associate Pay Policy – California expressly prohibits "off the clock" work. | **Declaration of Robert Francis, ¶ 4, Ex. A.**<br><br>**Club Managers:**<br>Declaration of Carlos Gonzalez (6240), ¶ 13; Declaration of Denise Flowers (6624), ¶ 11; Declaration of Chris Nugent (4822), ¶ 9 ("Sam's Club policies prohibit off the clock work.").<br><br>**Closing Managers:** |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | Declaration of Elizabeth Rodriguez (6609), ¶ 8; Declaration of Anthony Hughes (6621), ¶ 7; Declaration of Michelle Draper (6612), ¶ 5; Declaration of Cynthia Dasilva (6612), ¶ 8; Declaration of Dwayne Humphrey (6433), ¶7; Declaration of Carlos Calderon (6610), ¶ 6; |
| 3. | Sam's Club's Associate Pay Policy – California notifies hourly associates that if they perform any work off the clock, they must keep track of all time worked and immediately submit an appropriate time adjustment for that time. | **Declaration of Robert Francis, ¶ 4, Ex. A.** |
| 4. | Sam's Club's Associate Pay Policy – California was updated in May 2023 to include language stating that "a situation where you are unable to leave the facility immediately after clocking out" is the type of time for which a time adjustment should be submitted. | **Declaration of Robbie Francis, ¶ 4 , Ex. A.** |
| 5. | Time spent waiting to be let out of the club because the doors are not unlocked would be considered | **Declaration of Robbie Francis, ¶ 5.** **Club Managers:** |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | compensable time for which a time adjustment should be submitted under the Associate Pay Policy at all times since June 2017. | Deposition of Ann Perry (4799), 24:15-18; Declaration of Carlos Gonzalez (6240), ¶ 14; Declaration of Chris Nugent (4822), ¶ 9; Declaration of Angela Deo (6614), ¶ 8; Declaration of Bobby Palomarez (4819), ¶ 8; Declaration of William Ramirez (6450), ¶ 10; Declaration of William Marthins (6433), ¶ 9; Declaration of Corey Leigh (6622), ¶ 8; Declaration of John Religa (6628), ¶ 6; Declaration of Denise Flowers (6624), ¶ 10. **Closing Managers:** Declaration of Cynthia Dasilva (6612), ¶ 8. |
| 6. | The 2023 update to the Associate Pay Policy – California was a change in form, not substance, as Sam's Club's expectation and practice during the entire class period has been that associates who were unable to exit the clubs, through no fault of their own, were expected to submit time adjustments to be compensated for that time. | **Declaration of Robbie Francis, ¶ 5.** |

Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| 7. | Associates are trained to report any off the clock work to a manager and submit a time adjustment to be paid for the time. | **Club Managers:** Deposition of John Religa (6628), pp. 56:10-18; Declaration of Carlos Gonzalez (6240), ¶ 13; Declaration of Denise Flowers (6624), ¶ 10; Declaration of Bobby Palomarez (4819), ¶ 8; Declaration of William Marthins (6433), ¶ 9; Declaration of William Ramirez (6405), ¶ 10.<br><br>**Hourly Team Leads:** Declaration of Sherry Estrada (6628), ¶ 6 ("I know that Sam's Club does not allow associates to work off the clock, and that if I were to ever work off the clock, we are trained to report this to a manager and submit a time adjustment to be paid for the time."); Declaration of Eduardo Nunez (6610), ¶ 10; Declaration of Sayda Guzman (6614), ¶ 6; Declaration of Christin Anderson (6235), ¶ 8; Declaration of Laura Perkins (6622), ¶ 4; Declaration of Matthew Haros (6455), ¶ 7.<br><br>**Putative Class Members:** Declaration of Carlos Duran (6614), ¶ |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION



| | | |
|---|---|---|
| | | 6; Declaration of Michael Stringer (4819), ¶ 9; Declaration of Juan Carlos Perez Zuno (6455), ¶ 7.<br><br>**Other Hourly Associates:**<br>Declaration of Robin Flores (6614), ¶ 5; Declaration of Annabell Cervantes (4819), ¶ 5; Declaration of May Mooc (6622), ¶ 5; Declaration of James Wilkes (6455), ¶ 7; Declaration of Leonardo Adrian (6455), ¶ 6; Declaration of Brenda Martinez (6628), ¶ 6; Declaration of Daniel Lopez Loaiza (6628), ¶ 5. |
| 8. | Hourly associates can submit time adjustments without manager approval. | **Declaration of Robbie Francis, ¶ 6.**<br><br>**Deposition of Sam's Club (Robert Francis), pp. 116:15-19** (confirming that a time adjustment can be submitted without manager approval and "[a]ny associate time adjustment that is submitted is automatically approved.").<br><br>**Club Managers:**<br>Declaration of Chris Nugent (4822), ¶ 9 ("Associates do not need manager |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | permission to submit a time adjustment and such time adjustments are automatically applied to their time punches."); Declaration of Carlos Gonzalez (6240), ¶ 14; Declaration of Denise Flowers (6624), ¶ 10; Declaration of John Religa (6628), ¶ 6; Declaration of Angela Deo (6614), ¶ 8; Declaration of Bobby Palomarez (4819), ¶ 8.

**Hourly Team Leads:**
Declaration of Eduardo Nunez (6614), ¶ 10; Declaration of Sayda Guzman (6614), ¶ 6; Declaration of Matthew Haros (6455), ¶ 7.

**Putative Class Members:**
Declaration of Carlos Duran (6614), ¶ 6.

**Other Hourly Associates:**
Declaration of Robin Flores (6614), ¶ 5; Declaration of May Mooc (6622), ¶ 5; Declaration of James Wilkes (6455), ¶ 7; Declaration of Peter Salinas (4819), ¶ 4; Declaration of |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | Leonardo Adrian (6455), ¶ 6; Declaration of Daniel Lopez Loaiza (6628), ¶ 5. |
| 9. | As part of the onboarding process with Sam's Club, California hourly associates are trained on Sam's Club's policies related to off the clock work, timekeeping integrity, and time adjustments, all of which are part of Sam's Club's Associate Pay Policy. These policies are also available on Sam's Club's intranet system. | **Declaration of Robert Francis, ¶ 7; Deposition of Sam's Club (Robert Francis), 90:16-20, 93:3-12.** |
| 10. | Hourly associates acknowledge that Sam's Club policy does not allow hourly associates to work off the clock. | **Hourly Team Leads:** Declaration of Sherry Estrada (6628), ¶ 6; Declaration of Eduardo Nunez (6614), ¶ 10; Declaration of Sayda Guzman (6614), ¶ 6; Declaration of Laura Perkins (6622), ¶ 4; Declaration of Matthew Haros (6455), ¶ 7.<br><br>**Putative Class Members:** Declaration of Carlos Duran (6614), ¶ 6; Declaration of Michael Stringer (4819), ¶ 8; Declaration of Juan Carlos Perez Zuno (6455), ¶ 7. |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | **Other Hourly Associates:** Declaration of Robin Flores (6614), ¶ 5; Declaration of Annabell Cervantes (4819), ¶ 5; Declaration of May Mooc (6622), ¶ 5; Declaration of James Wilkes (6455), ¶ 7; Declaration of Leonardo Adrian (6455), ¶ 6; Declaration of Brenda Martinez (6628), ¶ 6; Declaration of Daniel Lopez Loaiza (6628), ¶ 5. |
| 11. | Sam's Club's Facility Closing/Overnight Procedures Policy (AP-23) is an asset protection policy which outlines general closing procedures applicable to all clubs - states that exit doors are to be locked once the last member has exited the building. | **Declaration of Robert Francis, ¶ 8, Ex. B.** |
| 12. | Sam's Club has designated "key carriers" to unlock the doors, which are all salaried managers (Assistant Managers, Co-Managers, or Club Managers) and hourly paid Team Leads who are certified as key carriers. | **Deposition of Sam's Club (Robert Francis), pp. 109:10-14.** **Club Managers:** Deposition of John Religa (6628), pp. 32:9-15, 38:8-40:1, 41:21-42:4; Deposition of Paris Nguyen, pp. 32:13-33:19; Deposition of William |

8                                    Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION



Marthins, pp. 28:17-22; 32:19-33:6; Deposition of Mark Jette, pp. 28:1-17; Declaration of Angela Deo (6614), ¶ 3; Declaration of Bobby Palomarez (4819), ¶ 5; Declaration of Corey Leigh (6622), ¶ 4; Declaration of William Marthins (6433), ¶ 4.

**Closing Managers:**

Declaration of Antonio Solorzano (4819), ¶ 4; Declaration of Kaitlyn Farias (6405), ¶ 6; Declaration of Carlos Calderon (6610), ¶ 2, 3; Declaration of Gabriel Sanchez (4824), ¶ 4; Declaration of John Allen (6235), ¶ 3; Declaration of Georgia Melenbacker (4799), ¶ 6.

**Hourly Team Leads:**

Declaration of Eduardo Nunez (6614), ¶¶ 1, 4; Declaration of Sayda Guzman (6614), ¶ 3.

**Putative Class Members:**

Declaration of Michael Stringer (4819), ¶¶ 1,3 (became a key carrier in June 2021).

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| 13. | Sam's Club does not have a uniform policy regarding exit door procedures, but it is Sam's Club's expectation that a key carrier will be available to unlock the club exit doors after closing to let hourly associates out of the club following the completion of their closing duties. | **Declaration of Robert Francis, ¶ 9**<br><br>**Sam's Club Deposition (Robert Francis)**, pp. 102:21-103:4 ("There is an expectation that a manager or supervisor be at the front doors or within earshot or eye shot of the doors to allow them out."), 107:18-108:1, 111:25-112:12; 129:15-130:7; 130:25-131:18.<br><br>**Club Managers:**<br>Deposition of John Religa (6628), pp. 33:15-34:10, Ex. 3, 37:5-11; Deposition of Paris Nguyen (4735), pp. 51:3-13; Deposition of Mark Jette (6378), pp. 26:8-19; Declaration of William Ramirez (6405), ¶ 4; Declaration of Corey Leigh (6622), ¶¶ 6-7; Declaration of Chris Nugent (4822), ¶ 4; Declaration of John Religa (6628), ¶ 3; Declaration of Angela Deo (6614), ¶ 3; Declaration of Carlos Gonzalez (6240), ¶ 7; Deposition of Tim Cook (6621), 65:4-9 (sets the expectation with his PM manager that associates should not |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | wait around after clocking out); Deposition of John Gaston (4767), 30:13-25; Deposition of Erica White (6610), 26:18-24; Deposition of Dustin Schloss (6609), 34:23-35:3; Deposition of Laura Hernandez (4824), 37:10-17 (managers are expected to be available to let associates out after the security guard leaves at 10:00 p.m.). **Closing Managers:** Declaration of Anthony Hughes (6621), ¶ 6; Declaration of Lorelei Crespin (4822), ¶ 6; Declaration of Ange Yanez (4767), ¶ 8; Declaration of Brian Baumgartner (4767), ¶ 9; Declaration of Daniel Mora (4709), ¶ 9; Declaration of Markeith Brackens (6624), ¶ 4; Declaration of John Allen (6235), ¶ 3; Declaration of Mario Rodriguez (4735), ¶ 7. |
| 14. | Closing processes vary from club to club depending on factors such as club size, staffing, and location, and Club Managers have discretion to | **Declaration of Robert Francis, ¶ 9.** **Closing Managers:** |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | implement processes to ensure associates can promptly exit the clubs after completing their closing duties. | Declaration of Anthony Hughes (6621), ¶ 6; Declaration of Antonio Solorzano (4819), ¶ 7. |
| 15. | Sam's Club has used "block" scheduling since 2019, which means most hourly associates are scheduled in "blocks." Most commonly, associates who work a "closing" shift are scheduled until either 9:00 or 9:30 p.m., or 11:30 p.m. There is also an overnight shift, at some clubs in California on some days. These associates are typically scheduled from 9:00 p.m. until 5:30 a.m. | **Declaration of Robbie Francis, ¶ 10.**<br><br>**Closing Managers**<br>Declaration of Anthony Hughes (6621), ¶ 4; Declaration of Lorelei Crespin (4822), ¶ 3; Declaration of Kaitlyn Farias (6405), ¶ 3; Declaration of Michelle Draper (6612), ¶ 4; Declaration of David Sowa (6455), ¶ 4; Declaration of Brian Baumgartner (4767), ¶ 3; Declaration of Carlos Calderon (6610), ¶ 3; Declaration of Pete Guy (6622), ¶ 4; Deposition of Laura Hernandez (4824), 22:23-25; 23:10-16; Declaration of Georgia Melenbacker (4799), ¶¶ 3, 4.<br><br>**Club Managers**<br>Declaration of Corey Leigh (6622), ¶ 6; Declaration of William Marthins (6433), ¶ 3; Declaration of Bobby Palomarez (4819), ¶ 8; Declaration of |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | Mario Rodriguez (4735), ¶ 3; Deposition of Raul Razo (6455), 21:1-10; Deposition of John Gaston (4767), 21:20-22. |
| 16. | Hourly associates are occasionally scheduled to leave at other times between 10:00 p.m. and 5:30 a.m., but circumstances and situations will vary. | **Declaration of Robbie Francis, ¶ 10.** <br><br> **Closing Managers:** <br> Declaration of Anthony Hughes (6621), ¶ 4; Declaration of Antonio Solorzano (4819), ¶ 6; Declaration of Pete Guy (6622), ¶ 4; Declaration of Georgia Melenbacker (4799), ¶ 5; Declaration of Mario Rodriguez (4735), ¶ 4. |
| 17. | Some clubs do not have closing shift associates scheduled to work past 9:00 p.m. on most days or ever, but have a group of overnight associates that arrives at 9:00 p.m. and leaves at 5:30 a.m. | **Closing Managers:** <br> Declaration of Antonio Solorzano (4819), ¶ 3; Declaration of Cynthia Dasilva (6612), ¶ 4 (all closing shift associates leave the Concord club by 9:00 p.m.); Declaration of Brian Baumgartner (4767), ¶ 3; Declaration of Markeith Brackens (6624), ¶ 4. |
| 18. | Closing managers at some clubs will give closing associates a warning when their shift end time is approaching and head to the door | **Closing Managers:** <br> Declaration of Michelle Draper (6612), ¶ 4; Declaration of David Sowa (6455), ¶ 6; Declaration of Brian Baumgartner (4767), ¶ 6; |

13                    Case No. 2:21-cv-05122-SVW-JC
SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | shortly thereafter to make sure the door is unlocked for those associates. | Declaration of Pete Guy (6622), ¶ 4. |
| 19. | Some clubs have key carriers positioned at the exit doors anywhere from five to thirty minutes before associates are scheduled to leave. | **Closing Managers:** Declaration of Anthony Hughes (6621), ¶ 5; Declaration of Antonio Solorzano (4819), ¶ 4, 5; Brian Baumgartner (4767); Declaration of Lorelei Crespin (4822), ¶ 4; Declaration of Ange Yanez (4767), ¶ 5 (sets alarms on her phone to ensure she gets to the front on time); Declaration of Cynthia Dasilva (6612), ¶ 6 (when was a closing manager at Vacaville, would arrive at the front door five minutes before associates were scheduled to leave); Declaration of Dwayne Humphrey (6433), ¶ 6 ("It is very important to me that I make sure the associates can leave immediately at the end of their shifts."); Declaration of Gabriel Sanchez (4824), ¶ 5; Declaration of Kenny Gonzales, ¶ 6 ("I am basically working at the exit (approximately 10 feet away), so there would never be a reason for the associates to have to wait"); Declaration of John Allen |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | (6235), ¶ 5 ("For associates scheduled to leave at 11:30 p.m., my practice is to go to the front of the club at around 11:00 or 11:15 to secure the cart door (which is where the carts are stored from outside). I am therefore already at the exit doors when the 11:30 associates start arriving and can unlock the doors immediately for them."); Declaration of Mario Rodriguez (4735), ¶ 5. |
| 20. | Some keep the door unlocked while overnight shift associates arrive and closing shift associates leave. | **Closing Managers:** Declaration of Lorelei Crespin (4822), ¶ 3 ("my practice is to station myself at the exit to the club from 9:00 p.m. to 10:00 p.m. to make sure the door is unlocked for associates"); Declaration of Brian Baumgartner (4767), ¶ 4 (leaves door unlocked until 10:00 p.m.); Declaration of Markeith Brackens (6624), ¶ 4. |
| 21. | Some clubs have alternate exits for associates to leave through, that do not require a key carrier to unlock the doors for them. | **Club Managers:** Deposition of Tim Cook, 66:19-67:17 (there is an exit through the tire center that can be unlocked with a code or a button from the register in the tire center – "I've seen [PM merch team] |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | go out that".) |
| | | **Closing Managers:** Declaration of Cynthia Dasilva (6612), ¶ 6 (associates can and do exit through the receiving door at the Vacaville club, which could be unlocked by pressing a door without a key). |
| | | **PCMs:** Declaration of Eric Buteyn (6621), ¶¶ 5, 6 ("door to the tire center can be opened from the inside using a code, without management assistance. My practice is to exit through that door because I park my bicycle outside of the tire center.") |
| | | **PCM Survey Respondents:** Deposition of Jocelyn Yan (6433), pp. 35:19-25. |
| 22. | Often, associates scheduled to leave at 11:30 p.m. will all clock out together and walk out together, enabling the key carrier to meet them at the exit to unlock it and let them all out at once. | **Club Managers:** Deposition of Erica White (6610), 34:7-11; Deposition of Benny Mora (6235), 35:20-23; 39:3-19; 41:1-11. |

16                                    Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | | |
|---|---|---|---|
| | | | **Closing Managers:** Declaration of Cynthia Dasilva (6433), ¶ 6; Declaration of Dwayne Humphrey (6433), ¶ 6; Michelle Draper (6612), ¶ 4.<br><br>**PCMs:** Declaration of Rogelio Jimenez, ¶ 3. |
| 23. | | Some closing managers leave the club at 11:30 p.m. with the closing shift associates, and will arrive at the doors before them or with them to unlock them. | **Closing Managers:** Declaration of Kaitlyn Farias (6405), ¶ 5; Declaration of Michelle Draper (6612), ¶ 4; Declaration of David Sowa (6455), ¶ 6. |
| 24. | | Some clubs have key carriers that remain stationed at or near the exits to allow hourly associates to exit the club as they are scheduled to leave. | **Club Managers:** Deposition of Mark Jette (6378), pp. 25:24-26:19; Declaration of John Religa (6628), ¶ 5; Declaration of Corey Leigh (6622), ¶ 7.<br><br>**Closing Managers:** Declaration of Ange Yanez (4767), ¶ 5; Declaration of Carlos Calderon (6610), ¶ 4 (a key carrier is at the door for 40-45 minutes to ensure everyone can exit); Declaration of Gabriel Sanchez (4824), ¶ 6; Declaration of Markeith Brackens (6624), ¶ 4 (stays |

Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | at the front of the club near the exits to unlock the door for associates, and takes his lunch break during this time).<br><br>**Hourly Team Leads:**<br>Declaration of Sherry Estrada (6628), ¶ 5.<br><br>**Putative Class Members:**<br>Declaration of Juan Carlos Perez Zuno (6455), ¶ 3. |
| 25. | Some clubs have key carriers that station themselves at the exits at set times that groups of hourly associates are scheduled to leave, and they remain there with the door unlocked until all the hourly associates in that group have exited the club. | **Club Managers:**<br>Declaration of William Marthins (6433), ¶¶ 3, 5; Declaration of John Religa (6628), ¶ 5; Declaration of Angela Deo (6614), ¶ 4; Declaration of Bobby Palomarez (4819), ¶ 5; Declaration of Corey Leigh (6622), ¶ 6. |
| 26. | At least one club has management perform bag checks while hourly associates are on the clock before exiting the clubs and will then have hourly associates clock out at the nearest time clock or computer terminal and then walk back to the exit | **Club Managers:**<br>Declaration of John Religa (6628), ¶¶ 4-5 ("Our practice is to have a key carrier posted at the front door…to conduct bag checks for exiting associates and let the associates out of the club. There is a computer terminal |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | where the manager who just checked their bags is waiting with the exit unlocked. | about 100 feet from the front doors of the club so after associates submit to a bag check (if they have a bag), they can walk to the computer terminal and clock out, and then exit the club. A designated key carrier remains at the front door to oversee this entire process at each shift end time."). |
| 27. | Some clubs have associates all clock out at the same time and walk to the exit door with a manager or key carrier. | **Club Managers:** Declaration of Carlos Gonzalez (6240), ¶ 6; Declaration of William Marthins (6433), ¶ 6; Declaration of Denise Flowers (6624), ¶ 8; Declaration of Chris Nugent (4822) ¶ 6 ("The associates that work the 11:30 p.m. block are expected to clock out together and leave at the same time as the manager or Team Lead that is scheduled to stay until 11:30 p.m."); Declaration of William Ramirez (6405), ¶ 5; Deposition of Ann Perry (4799), 20:20-22; Declaration of Markeith Brackens (6624), ¶ 4. |
| 28. | Some clubs have associates meet at the lock up cage or break room to turn in equipment to a manager before clocking out, after which the | **Closing Managers:** Declaration of Elizabeth Rodriguez (6609), ¶ 5; Declaration of David Sowa (6455), ¶ 6; Declaration of |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | associates clock out and the manager heads to the exit doors to unlock it for associates. | Daniel Mora (4709), ¶7.<br><br>**Putative Class Members:**<br>Declaration of Robert Garcia (6610), ¶ 2. |
| 29. | Some managers leave the doors unlocked even while the club is closed, so that associates can exit without waiting for a manager. | **Club Managers:**<br>Deposition of Laura Hernandez (4824), 34:20-22.<br><br>**Closing Managers:**<br>Declaration of Ange Yanez (4767), ¶¶ 5, 6 (has observed door left unlocked by opening managers after 4:00 a.m.); Declaration of Brian Baumgartner (4767), ¶ 5; Declaration of Gabriel Sanchez (4824), ¶ 3 (leaves door unlocked until 10:00 p.m.). |
| 30. | Hourly associates report different practices with different managers as it relates to unlocking the doors after closing. | **PCM Survey Respondents:**<br>Deposition of Esmerelda Avalos, 22:8-13 (some managers would wait, others would not); 22:18-23:1 (managers differed in how fast they would take to open the doors for exit); Deposition of Anna Castillo (6610),20:2-13: She thinks it really depended on the managers who were letting the employees out - different |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | managers made waiting time different. |
| 31. | Some hourly associates alert a manager or other key carrier before clocking out and the key carrier waits at the exit doors to enable employee exits. | **Club Managers:** Deposition of William Marthins, pp. 36:5-19; Declaration of William Ramirez (6405), ¶ 6; Declaration of Bobby Palomarez (4819), ¶ 6. **Closing Managers:** Declaration of Elizabeth Rodriguez (6609), ¶ 5; Declaration of Antonio Solorzano (4819), ¶ 6; Declaration of Carlos Calderon (6610), ¶ 5; Declaration of John Allen (6235), ¶ 5 ("I ask associates to communicate with me if they are planning on leaving earlier or later than they are scheduled. I am in communication with my associates all throughout my shift because we communicate with each other on handheld devices called Zellos.") **Putative Class Members:** Declaration of Michael Stringer (4819), ¶ 5. |

21                                    Case No. 2:21-cv-05122-SVW-JC
SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| 32. | Some hourly associates use a walkie talkie or P.A. system to summon a manager or key carrier before clocking out. | **Club Managers:** Declaration of Carlos Gonzalez (6240), ¶ 10; Declaration of Bobby Palomarez (4819), ¶ 6.<br><br>**Putative Class Members:** Declaration of Michael Stringer (4819), ¶ 5 ("Associates that do not have a walkie-talkie know how to communicate with an employee that does have a walkie-talkie or directly to me *before* they clock out so I can get to the exit and ensure they do not have to wait."). |
| --- | --- | --- |
| 33. | Some hourly associates choose to remain in the clubs after clocking out for personal reasons, such as to shop for personal items or to wait for a ride. | **Club Managers:** Declaration of William Ramirez (6405), ¶ 6 ("There are occasions when an associate or group of associates will decide to stay in the club to shop after clocking out…"); Declaration of William Marthins (6433), ¶ 10 ("Sometimes associates shop in the club after clocking out and after the club closes…"); Declaration of Angela Deo (6614), ¶ 6.<br><br>**Closing Managers:** |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION



| | | Declaration of Brian Baumgartner (4767), ¶ 7; Declaration of Daniel Mora (4709), ¶ 8; Declaration of John Allen (6235), ¶ 7 ("There is also one associate who always gets a ride home. If her ride has not arrived by the time she is leaving, she will stay inside the club to wait for her ride, and tells me that she will call me when her ride has arrived to pick her up so I can let her out."); Declaration of Mario Rodriguez (4735), ¶ 6. <br><br> **Hourly Team Leads:** <br> Declaration of Sherry Estrada, ¶ 7 (lets the key carrier know she will be shopping); Declaration of Christin Anderson (6235), ¶ 5. <br><br> **Putative Class Members:** <br> Deposition of Michael Ditullio, pp. 14:2-6 ("Q: Right. But I guess I'm asking is: So you work a closing shift and then you clock out at the end of the shift; did you ever go buy something after? A: Sometimes, |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | yeah."); Deposition of Yolanda Martinez, pp. 15:4-9. **PCM Survey Respondents:** Deposition of Jocelyn Yan (6433),24:16-20 ("a lot of associates" would shop after clocking out). |
| 34. | Some hourly associates wait until a key carrier is at the exit before they clock out. | **Club Managers:** Declaration of Carlos Gonzalez (6340), ¶ 12 ("I have personally seen associates congregate at that computer terminal until a manager or Team Lead unlocks the door, at which time, I have personally seen the associates clock out from the computer terminal, walk approximately 20 feet to the exit, and exit the club without stopping."); Declaration of Denise Flowers (6624), ¶ 9; Declaration of John Religa (6628), ¶ 5; Declaration of Angela Deo (6614), ¶ 7. **Hourly Team Leads:** Declaration of Sherry Estrada (6628), ¶ 4 ("It would be possible for me to clock out at the marketing computer |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION



| | | |
|---|---|---|
| | | terminal and wait to clock out until a key carrier had unlocked the door."); Declaration of Eduardo Nunez (6614), ¶ 7 ("Meaning, the associates stand near the computer terminal and wait for me to arrive at the exit. At that time, the associates clock out from the computer terminal and walk over to the exit.").<br><br>**Other Hourly Associates:**<br>Declaration of James Wilkes (6455), ¶ 6 ("I am aware that I could clock out at the computer terminal at the tire center, which is near the front door and wait until a key holder or manager is at the front door before I clock out, but I do not do that since I do not have to wait to be let out of the club."); Declaration of Daniel Lopez Loaiza (6628), ¶ 3 ("it is my practice to ensure that a key carrier is at the exit doors to unlock them before I clock out."). |
| 35. | All Sam's Clubs in California have at least one time clock and several computer terminals throughout the | **Deposition of Sam's Club (Robert Francis), pp. 57:19-58:20, 59:12-61:4.** |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | club, the location of which vary by club location, where hourly associates can clock out at the end of their shift. | **Club Managers:** Deposition of John Religa (6628), pp. 27:10-29:19; Deposition of William Marthins (6433), pp. 20:12-21:13; Deposition of Mark Jette, pp. 17:7-22; Declaration of Corey Leigh (6622), ¶ 5; Declaration of Chris Nugent (4822), ¶ 7; Declaration of Bobby Palomarez (4819), ¶ 7; Declaration of Denise Flowers (6624), ¶ 9; Declaration of Angela Deo (6614), ¶ 7; Declaration of Carlos Gonzalez (6240), ¶ 12; Declaration of William Marthins (6433), ¶ 7; Declaration of Declaration of William Ramirez (6405), ¶ 8; Deposition of Dustin Schloss (6609),27:3-9. |
| 36. | After closing, hourly associates can clock out at time clocks or at computer terminals located near the exits to the club. | **Deposition of Sam's Club (Robert Francis), pp. 57:19-58:20, 59:12-61:4.** **Club Managers:** Deposition of John Religa (6628), pp. 29:24-30:4; Deposition of William Marthins (6433), pp. 20:12-21:13; Deposition of Mark Jette (6378), pp. |

26

Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

17:7-22; Declaration of Corey Leigh (6622), ¶ 5 ("The computer in the Tire and Battery Center is very close to the club's front doors."); Declaration of Chris Nugent (4822), ¶ 7 ("Associates have the option of waiting until a manager or Team Lead is at the exit doors before clocking out because you can see the exit doors from that computer terminal."); Declaration of Bobby Palomarez (4819), ¶ 7; Declaration of Denise Flowers (6624), ¶ 9; Declaration of John Religa (6628), ¶ 5; Declaration of Angela Deo (6614), ¶ 7; Declaration of Carlos Gonzalez (6240), ¶ 12 ("Hourly associates also have the option of clocking out at a computer terminal located in the Tire and Battery Center, which is less than 20 feet from the club's exit doors."); Declaration of William Marthins (6433), ¶ 7; Declaration of William Ramirez (6405), ¶ 8; Deposition of Tim Cook (6621), 20:17-19; 21:1-14, 28:2-5 (associates can and do clock out at any terminal in the club, including one in

27                                    Case No. 2:21-cv-05122-SVW-JC
SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

the tire center that is 40 feet from the exit doors.)

**Hourly Team Leads:**

Declaration of Eduardo Nunez (6614), ¶ 6; Declaration of Sayda Guzman (6614), ¶ 5; Declaration of Michael Stringer (4819), ¶ 7 ("When my team…and I clock out, we use the terminal that is closest to the exit and leave together."); Declaration of Christin Anderson (6235), ¶ 6 ("At the end of my shift, I have the option of clocking out using the club's time clock located upstairs or the one downstairs in the tire department located near the front of the store.")

**PCM Survey Respondents:**

Deposition of Robert DiGioia, 40:22-41:16 (Q. And would it have been possible for you to wait to clock out, and just clock out there at the computer by the door, and use that instead to clock out? A. You are saying is it possible to clock out there as you are waiting at the door? Q. Yes.

Case No. 2:21-cv-05122-SVW-JC
SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | | |
|---|---|---|---|
| | | | A. Yes, you could easily clock out. Some people do that.") <br><br> **Other Hourly Associates:** <br> Declaration of Annabell Cervantes (4819), ¶ 4 ("There is a terminal that I could use to clock out near the exit door, but it is my preference to clock out by the bakery where I work."); Declaration of Peter Salinas (4819), ¶ 3; Declaration of Leonardo Adrian (6455), ¶ 5 ("There are three computers within thirty feet from the front door."). |
| 37. | | Sam's Club does not require hourly associates to clock out at a specific location, and hourly associates can use any machine they choose to clock out after the club has closed. | **Deposition of Sam's Club (Robert Francis), pp. 58: 16-20** ("Q: Okay. Are the associates expected to track their time using a physical time clock? A: No. ma'am. They have several options. They can use any computer within the facility or they can use the physical time clock."). <br><br> **Club Managers:** <br> Deposition of John Religa (6628), pp. 30:5-12; Deposition of William Marthins (6433), pp. 20:12-21:13; |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

|  |  | Deposition of Mark Jette, pp. 17:7-22; Declaration of William Ramirez (6405), ¶ 8 ("Associates are not required to clock out in the breakroom and can clock out at any computer terminal in the club."); Declaration of Carlos Gonzalez (6240), ¶ 12; Declaration of William Marthins (6433), ¶ 8; Declaration of Denise Flowers (6624), ¶ 9; Declaration of Angela Deo (6614), ¶ 7 ("Associates can clock out wherever they choose…"); Declaration of Bobby Palomarez (4819), ¶ 7 ("Associates do not need to ask permission to clock out on a computer terminal…"); Declaration of Corey Leigh (6622), ¶ 5; Declaration of Chris Nugent (4822), ¶ 7 ("We do not mandate that associates clock out using a certain time clock or computer terminal."). **Closing Managers:** Declaration of Elizabeth Rodriguez (6609), ¶ 4 (has observed associates clock out at the computer terminal near the club exit). |
|---|---|---|

Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

**Hourly Team Leads:**

Declaration of Sherry Estrada (6628), ¶ 4 ("….I have the option of clocking out using the club's time clock located in the breakroom or any of the club's computer terminals, which are located throughout the club."); Declaration of Eduardo Nunez (6614), ¶ 6; Declaration of Sayda Guzman (6614), ¶ 5; Declaration of Christin Anderson (6235), ¶ 6.

**Putative Class Members:**

Declaration of Carlos Duran (6614), ¶ 5; Declaration of Juan Carlos Perez Zuno (6455), ¶ 5.

**Plaintiff's PCM Declarants:**

Declaration of Michael J. DiTullio (6624) (ECF No. 96, p. 770), ¶ 9.

**Other Hourly Associates:**

Declaration of Robin Flores (6614), ¶ 3; Annabell Cervantes (4819), ¶ 4; Declaration of James Wilkes (6455), ¶ 6; Declaration of Peter Salinas (4819),

31                                    Case No. 2:21-cv-05122-SVW-JC
SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | ¶ 3; Declaration of Leonardo Adrian (6455), ¶ 5 ("There are three computers within thirty feet from the front door."); Declaration of Brenda Martinez (6628), ¶ 4. |
|---|---|---|
| 38. | Hourly associates can clock out after management unlocks the exits. | **Club Managers:** Declaration of William Ramirez (6405), ¶ 8 ("Associates are not required to clock out before coming to the front door to exit and are free to clock out after a manager unlocks the door to let them out."); Declaration of Denise Flowers (6624), ¶ 9 ("…[associates] are not required to clock out before the front doors are unlocked."); Declaration of John Religa (6628), ¶ 5; Declaration of Angela Deo (6614), ¶ 7; Declaration of Bobby Palomarez (4819), ¶ 6; Declaration of John Religa (6628), ¶ 5; Declaration of Carlos Gonzalez (6240), ¶ 12 ("I have personally seen associates congregate at that [the computer terminal by the exit door] until a manager or Team Lead unlocks the door, at which time, I have personally seen the associates clock |

Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | out from the computer terminal, walk approximately 20 feet to the exit, and exit the club without stopping."). |
| 39. | Associates do not have to wait off the clock for someone to let them out of the club after the club closes. | **Putative Class Members:** Declaration of Michael Stringer (4819), ¶ 8 ("During my tenure with Sam's Club, including before I was a key holder, I never had to wait to exit the store."); Declaration of Juan Carlos Perez Zuno (6455), ¶ 6; Declaration of Robert Garcia (6610), ¶ 3; Declaration of Eric Buteyn (6621), ¶¶ 5, 6 ("Because we can exit through the [tire center door], any time, there is really no reason for us to wait at the exit for a manager or supervisor to unlock the door, in the event we beat the manager or supervisor to the exit after clocking out."); Declaration of Pete Guy (6621), ¶ 6; Declaration of Georgia Melenbacker (4799), ¶ 7. **PCM Survey Respondents:** Deposition of John Pantoja (6614), 24:25-25:15 ("I have never had a problem with that"); 31:14-17 (was |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | able to exit without waiting 100% of the time); Deposition of Dinni Stringer (6455), 18:3-19:5) (has never had to wait to exit the door; when she arrives at the exit, the door is locked but manager is there and they are unlocking it and they let everyone out.)<br><br>Deposition of Julian Vasquez (4819): 12:12-13:11 (80% of the time the manager is at the door waiting, the other 20% of the time the team lead would be right near the door and he would ask them to open the door as he walked up). |
| 40. | Associates may be delayed on rare occasions, but such delays are typically of very short duration. | **Putative Class Members:**<br>Declaration of Carlos Duran (6614), ¶ 7; Declaration of Edwin Cabrera (4824), ¶ 2 (was delayed a couple of times during the holidays, and knew he could have submitted a time adjustment but chose not to because he did not mind waiting a few minutes talking to his co-workers).<br><br>**PCM Survey Respondents:** |

Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | Deposition of Joshua Shanklin (4819), 18:5-16 (never recalls having to wait for a manager to let him out for a closing shift, if it did happen he waited just a few minutes). Deposition of Juana Meyo Xique (4824), 33:18-34:4. Deposition of Jocelyn Yan (6433), 24:2-15 (someone was there to let her out 98-99% of the time.) Deposition of Robert DiGioia (6614), 31:14-32:25 (1/3 of his shifts were closing shifts, only had to wait a few times (~6) to be let out, and only for 2-3 minutes). |
| 41. | Hourly associates can submit time adjustments to correct their time records to ensure that they are paid for all hours worked, including off the clock work and time spent waiting off-the-clock to be let out of the club after closing, if the hourly associates chose to clock out before a manager was at the exit. | **Declaration of Robert Francis, ¶ 5.** **Deposition of Sam's Club (Robert Francis), pp. 112:13-113:5, 115:6-11.** **Club Managers:** Deposition of John Religa (6628), pp. 49:25-50:22, Ex. 4; 52:4-20; Deposition of Paris Nguyen (4735), pp. 45:24-46:8, 52:23-53:24; Deposition of Mark Jette (6378), pp. |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

34:25-35:6; Declaration of William Ramirez (6405), ¶ 10; Declaration of Carlos Gonzalez (6240), ¶ 14; Declaration of William Marthins (6433), ¶ 9; Declaration of Denise Flowers (6624), ¶ 10; Declaration of John Religa (6628), ¶ 6; Declaration of Angela Deo (6614), ¶ 8; Declaration of Bobby Palomarez (4819), ¶ 8; Declaration of Corey Leigh (6622), ¶ 8; Declaration of Chris Nugent (4822), ¶ 9; Deposition of Raul Razo (6455), 24:4-9; Deposition of Benny Mora (6235), 45:10-46:6.

**Closing Managers:**
Declaration of Elizabeth Rodriguez (6609), ¶ 8; Declaration of Anthony Hughes (6621), ¶ 7; Declaration of Antonio Solorzano (4819), ¶ 9; Declaration of Michelle Draper (6612), ¶ 5; Declaration of Cynthia Dasilva (6612), ¶ 8; Declaration of David Sowa (6455), ¶ 7; Declaration of Brian Baumgartner (4767), ¶ 8; Declaration of Carlos Calderon

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | (6610), ¶ 6; Declaration of Pete Guy (6622), ¶ 5; Declaration of John Allen (6235), ¶ 8; Declaration of Mario Rodriguez (4735), ¶ 8. |
| 42. | Hourly associates know that they are supposed to submit a time adjustment to record time for any exit delays. | **Hourly Team Leads:** Declaration of Sherry Estrada (6628), ¶ 6; Declaration of Sayda Guzman (6614), ¶ 7; Declaration of Christin Anderson (6235), ¶ 8; Declaration of Matthew Haros (6455), ¶ 7.<br><br>**Putative Class Members:** Declaration of Carlos Duran (6614), ¶ 7; Declaration of Michael Stringer (4819), ¶ 9; Declaration of Juan Carlos Perez Zuno (6455), ¶ 7; Declaration of Edwin Cabrera (4824), ¶ 2.<br><br>**Plaintiff's PCM Declarations:** Deposition of Jessica Butler, pp. 20:13-17 (Q: Okay. Did you ever adjust your time to include any of the time between when you clocked out and when a manager actually let you out of the store? A: Yes. Sometimes I |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

did, yes. Not always. Sometimes I didn't even bother with it.).

**PCM Survey Respondents:**

Deposition of Stephanie Somers, 27:16-28:13 (trained on time adjustments for off the clock work); 29:19-30:9 (made time adjustments for waiting to be let out of the club after closing because doors were locked)

Deposition of Robert DiGioia, 39:22-40:5.

**Other Hourly Associates:**

Declaration of Robin Flores (6614), ¶ 6; Declaration of Annabell Cervantes (4819), ¶ 5; Declaration of James Wilkes (6455), ¶ 7; Declaration of Anthony Alverez (6235), ¶ 6; Declaration of Peter Salinas (4819), ¶ 4; Declaration of Leonardo Adrian (6455), ¶ 6; Declaration of Brenda Martinez (6628), ¶ 6; Declaration of Daniel Lopez Loaiza (6628), ¶ 4.

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| 43. | Hourly associates have submitted time adjustments to be compensated for exit delays. | **Other Hourly Associates:** Declaration of Daniel Lopez Loaiza (6628), ¶ 4 ("On the one or two occasions when I did have to wait it was because I clocked out before the key carrier arrived, but on those occasions I did submit a time adjustment to be paid for that time."). **Plaintiff's PCM Declarants:** Declaration of Pablo Olavarria, Jr. (ECF No. 96, p. 732), ¶ 13 (confirming that he was allowed by management to adjust his time when he waited off-the-clock after closing); Deposition of Jessica Butler, pp. 19:15-24; 20:13-24 (admitting to submitting a time adjustment to change the time she clocked out at the end of the day to account for waiting time). **PCM Survey Respondents:** Deposition of Stephanie Somers, 27:16-28:13 (trained on time adjustments for off the clock work); 29:19-30:9 (made time adjustments for waiting to |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | be let out of the club after closing because doors were locked).<br><br>**Closing Managers:**<br>Declaration of Georgia Melenbacker (4799), ¶ 9 ("I have heard of Team Lead key carriers submitting time adjustments when they were delayed in exiting the club after closing because they tried to set the alarm and it was not arming so they had to call the alarm company to troubleshoot.") |
| 44. | Hourly associates have submitted time adjustments to be compensated for time spent waiting to be let *in* to the club before it has opened. | **Closing Managers:**<br>Declaration of Ange Yanez (4767), ¶ 8; Declaration of Gabriel Sanchez (4824), ¶ 8 (has never seen wait time to be let out, but every time an associate reported being locked out off the clock, "I made sure that associate's time punches were adjusted to account for that wait time.").<br><br>**PCM Survey Respondents:**<br>Deposition of Abdeel Tapia, 17:13-18:2.    Deposition of Victoria Colondres, 16:4-15 |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| 45. | Hourly associates sometimes choose not to record exit delays by submitting a time adjustment, for varying reasons. | **Putative Class Members:** Declaration of Carlos Duran (6614), ¶ 7 ("I also know I could have submitted a time adjustment for the time spent waiting off the clock, but I voluntarily chose not to submit one because it was not a big deal to me and it was a rare occasion."). **Plaintiff's PCM Declarants:** Deposition of Jessica Butler, pp. 19:15-24; 20:13-24. **PCM Survey Respondents:** Robert DiGioia Deposition, 39:22-40:5. **Other Hourly Associates:** Declaration of Robin Flores (6614), ¶ 6. |
| --- | --- | --- |
| 46. | Associates can submit a time adjustment at any time on the time clock or on any of the several computer terminals located throughout the club. | **Deposition of Sam's Club (Robert Francis), pp. 115:12-23.** **Club Managers:** Deposition of John Religa (6628), pp. 55:13-20; Deposition of William Marthins (6433), pp. 46:12-18; |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | | |
|---|---|---|---|
| | | | Deposition of Mark Jette (6378), pp. 35:7-23, 37:8-23; Declaration of Denise Flowers (6624), ¶ 10; Declaration of Bobby Palomarez (4819), ¶ 8; Declaration of Denise Flowers (6624), ¶ 10; Declaration of Carlos Gonzalez (6240), ¶ 14; Deposition of Benny Mora (6235), 44:9-16. |
| 47. | Associates are not disciplined for submitting time adjustments. | | **Sam's Club Deposition (Robert Francis), pp. 113:8-13.**<br><br>**Club Managers:**<br>Declaration of Corey Leigh (6622), ¶ 9; Declaration of Chris Nugent (4822), ¶ 9 ("Associates are not disciplined for submitting time adjustments under Sam's Club policy nor in my personal experience.").<br><br>**Hourly Team Leads:**<br>Declaration of Sherry Estrada (6628), ¶ 8 ("I have never been disciplined for working overtime or submitting a time adjustment."); Declaration of Sayda Guzman (6614), ¶ 6; Declaration of Laura Perkins (6622), ¶ 4. |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | **Putative Class Members:** Declaration of Carlos Duran (6614), ¶ 6; Declaration of Michael Stringer (4819), ¶ 10. **Other Hourly Associates:** Declaration of James Wilkes (6455), ¶ 7; Declaration of Peter Salinas (4819), ¶ 4; Declaration of Leonardo Adrian (6455), ¶ 6; Declaration of Daniel Lopez Loaiza (6628), ¶ 5 ("I have never been disciplined for submitting a time adjustment."). |
| 48. | Associates are not disciplined for working overtime without permission, if the overtime occurred through no fault of their own. | **Club Managers:** Deposition of John Religa (6628), pp. 61:6-15, 62:14-63:19; Deposition of Paris Nguyen (4735), pp. 65:8-15; Declaration of William Ramirez (6405), ¶ 12 ("Associates are not disciplined for merely working overtime hours without permission, and especially not if the overtime hours were incurred due to circumstances beyond their control."); Declaration of Carlos Gonzalez (6240), ¶ 13; Declaration of Denise |

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION



|  |  | Flowers (6624), ¶ 12 ("…it is not Sam's Club's policy or practice to discipline an associate for working unapproved overtime through no fault of their own."); Declaration of John Religa (6628), ¶ 7; Declaration of Corey Leigh (6622), ¶ 9; Declaration of Chris Nugent (4822), ¶ 10.<br><br>**Hourly Team Leads:**<br>Declaration of Sherry Estrada (6628), ¶ 8.<br><br>**Putative Class Members:**<br>Declaration of Michael Stringer (4819), ¶ 10.<br><br>**Other Hourly Associates:**<br>Declaration of James Wilkes (6455), ¶ 7; Declaration of Leonardo Adrian (6455), ¶ 6. |
| 49. | Managers report never seeing associates gathered and waiting off the clock to be let out after closing. | **Club Managers:**<br>Deposition of Ann Perry (4799), 16:24-17:2; Deposition of Laura Hernandez (4824), 37:22-25.<br><br>**Closing Managers:** |

44                                Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | |
|---|---|---|
| | | Declaration of Elizabeth Rodriguez (6609), ¶ 7; Declaration of Anthony Hughes (6621), ¶ 5; Declaration of Antonio Solorzano (4819), ¶ 8; Declaration of Michelle Draper (6612), ¶ 5; Declaration of Ange Yanez (4767), ¶ 7; Declaration of Dwayne Humphrey (6433), ¶8; Declaration of David Sowa (6455), ¶ 7; Declaration of Gabriel Sanchez (4824), ¶ 7; Declaration of Pete Guy (6622), ¶ 5; Declaration of Markeith Brackens (6624), ¶ 5; Declaration of John Allen (6235), ¶ 7. |
| 50. | Sam's Club Managers report that if they have observed associates waiting to be let out after closing, they have told them to submit a time adjustment or submitted one for them. | **Closing Managers:** Declaration of Kaitlyn Farias (6405), ¶ 7 ("on the few times I have seen it happen I will tell them to submit a time adjustment."); Declaration of Carlos Calderon (6610), ¶ 7 (submitted a time adjustment for a Team Lead who was delayed in exiting after clocking out because of the manager). |
| 51. | Sam's Club Managers report they have not received complaints from hourly associates of off the clock | **Deposition of Sam's Club (Robert Francis), 113:14-21.** |

45                           Case No. 2:21-cv-05122-SVW-JC

| | |
|---|---|
| work from waiting to be let out of the clubs, or if they did, that they instructed hourly associates to submit time adjustments. | **Club Managers:** Deposition of John Religa (6628), pp. 31:13-25, 49:17-24, 58:6-9; Deposition of Paris Nguyen (4735), pp. 51:14-52:6, 52:23-53:19; Deposition of William Marthins (6433), pp. 38:23-39:9; Deposition of Mark Jette (6378), pp. 31:14-17; Declaration of Bobby Palomarez (4819), ¶ 9 ("I have never received a complaint from an hourly associate about waiting off the clock for the club doors to be unlocked, nor have I observed this happening."); Declaration of Angela Deo (6614), ¶ 9 ("I have never received or heard about a complaint or report from an associate saying they had to wait off the clock to be let out of the club after closing."); Declaration of William Ramirez (6405), ¶ 11 ("I have never received a complaint or report from an associate informing me that they were required to wait for a manager to unlock the doors to let them out while they were off the clock, and indeed, this would be inconsistent with the |

Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

practice at my club."); Deposition of John Gaston (4767), 10:23-11:1; Deposition of Dustin Schloss (6609), 25:24-26:3; Deposition of Ann Perry (4799), 17:3-5; Deposition of Benny Mora (6235), 42:15-21, 43:24-44:8; Deposition of Laura Hernandez (4824), 37:18-21.

**Closing Managers:**

Declaration of Elizabeth Rodriguez (6609), ¶ 7; Declaration of Anthony Hughes (6621), ¶ 5; Declaration of Antonio Solorzano (4819), ¶ 8; Declaration of Lorelei Crespin (4822), ¶ 5; Declaration of Kaitlyn Farias (6405), ¶ 8; Declaration of Michelle Draper (6612), ¶ 5; Declaration of Ange Yanez (4767), ¶ 7; Declaration of Cynthia Dasilva (6612), ¶ 7 (on all three occasions associates reported waiting to be let out while off the clock, instructed them to submit time adjustments and offered to help them to submit them); Declaration of Dwayne Humphrey (6433), ¶ 8; Declaration of Carlos Calderon

Case No. 2:21-cv-05122-SVW-JC
SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION

| | | (6610), ¶ 6; Declaration of Gabriel Sanchez (4824), ¶¶ 7, 8; Declaration of Pete Guy (6622), ¶ 5; Declaration of Kenny Gonzales, ¶ 9; Declaration of Daniel Mora (4709), ¶ 10; Declaration of Markeith Brackens (6624), ¶ 5; Declaration of Georgia Melenbacker (4799), ¶ 9. |
|---|---|---|

DATED: February 7, 2024        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Mitchell A. Wrosch*
　　Paloma P. Peracchio
　　Mitchell A. Wrosch
　　Carmen M. Aguado
　　Attorneys for Defendant
　　Sam's West, Inc.

48                Case No. 2:21-cv-05122-SVW-JC

SUMMARY OF EVIDENCE IN OPPOSITION TO
PLAINTIFF CARLOS SANCHEZ'S MOTION FOR CLASS CERTIFICATION