1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11   Carlos Sanchez, individually and on behalf )   CASE NO.: 2:21-cv-05122-SVW-JC
     of other individuals similarly situated,      )
12                                                 )   JUDGMENT
              Plaintiff                            )
13                                                 )
              vs.                                  )
14                                                 )               JS - 6
     Sams West, Inc., a Arkansas corporation       )
15   doing business as Sams Club                   )
                                                   )
16            Defendant.                           )

17   _____

18          Pursuant to the Offer of Judgment, and the Acceptance of Offer of Judgment, filed on

19   December 5, 2024, judgment is entered for plaintiff, Carlos Sanchez, and against defendant, Sam's

20   West, Inc., pursuant to the conditions set for in the Offer of Judgment.

21

22

23   DATE:   December 16, 2024                              _PM Cruz_____
                                                            Clerk of the Court
24

25

26

27

28